UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR20-120 RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RAMON ALBERTO VALERDE SERNAS, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Conspiracy to Commit Money Laundering; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   January 31, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is believed to be a native and citizen of Mexico.  He was initially

arrested in the District of Arizona in this case, but not interviewed by Pretrial Services in that District or in this District, so much of his background information is unknown or unverified. Defendant is believed to lack immigration status in this country. Defendant does not contest detention, subject to review if new and material evidence is obtained that was not reasonably available at this time.

2. Defendant poses a risk of nonappearance based on alleged foreign citizenship and lack of immigration status.  Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 31th day of January, 2022.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3