The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMÓN VALVERDE-SERNAS,<br><br>Defendant. | No. 20-CR-120-RSM<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |
|---|---|

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Defendant's Sentencing Memorandum,

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall remain sealed.

DATED this 8th day of June, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

//

//

//

ORDER GRANTING MOTION TO
SEAL DOCUMENT
U.S. v. Valverde-Sernas, 20-cr-120-RSM

Page 1 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

1 | Respectfully submitted,

3 | CARNEY GILLESPIE ISITT PLLP

5 | /S/Christopher Carney
Christopher Carney, WSBA No. 30325
600 1st Ave, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com

**ORDER GRANTING MOTION TO SEAL DOCUMENT**
**U.S. v. Valverde-Sernas, 20-cr-120-RSM**



Page 2 of 2